**TYCKO & ZAVAREEI LLP**
Kristen L. Sagafi
ksagafi@tzlegal.com
(Cal. Bar No. 222249)
483 Ninth Street, Suite 200
Oakland, CA 94607
Telephone: (510) 254-6810
Facsimile: (510) 210-0571

**TYCKO & ZAVAREEI LLP**
Jonathan K. Tycko
jtycko@tzlegal.com
(NY Bar No. 2568483)
Andrea Gold
agold@tzlegal.com
(DC Bar No. 502607)
1828 L Street NW, Suite 1000
Washington, D.C. 20036
Telephone:  (202) 973-0900
Facsimile:  (202) 973-0950

**MORGAN & MORGAN COMPLEX LITIGATION GROUP**
Jonathan B. Cohen
jcohen@forthepeople.com
(Fla. Bar No. 0027620)
Rachel Soffin
rsoffin@forthepeople.com
(Fla. Bar No. 018054)
201 N. Franklin St., 7th Floor
Tampa, FL 33602
Telephone: (813) 223-5505
Facsimile: (813) 222-2434

**BARBAT, MANSOUR & SUCIU PLLC**
Nick Suciu III
nicksuciu@bmslawyers.com
(MI Bar No. P72052)
1644 Bracken Rd.
Bloomfield Hills, Michigan 48302
Telephone:  (313) 303-3472

*Counsel for Plaintiffs and the putative Class in Jacobs, et al. v. L'Oreal USA, Inc., et al.*, Case No. 1:16-cv-06593 (S.D.N.Y. 2016)

NOTICE OF MOTION TO INTERVENE AND TO DISMISS OR, IN THE ALTERNATIVE, TO STAY OR TRANSFER THIS ACTION PURSUANT TO THE FIRST-TO-FILE RULE AND INCORPORATED MEMORANDUM OF LAW

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARON MANIER, DOROTHY RILES, and LAKEYTRA NERO Individually and on Behalf of All Others Similarly Situated,<br><br>        Plaintiffs,<br>v.<br>L'OREAL USA, INC. and SOFT SHEEN-CARSON, LLC,<br><br>        Defendants. | Case No. 16-cv-6886-ODW-KS<br><br>**NOTICE OF MOTION TO INTERVENE AND TO DISMISS OR, IN THE ALTERNATIVE, TO STAY OR TRANSFER THIS ACTION PURSUANT TO THE FIRST-TO-FILE RULE AND INCORPORATED MEMORANDUM OF LAW**<br><br>**CLASS ACTION**<br><br>Date: December 5, 2016<br>Time: 1:30 PM<br>Judge: Hon. Judge Otis D. Wright, II<br>Crtm: 11 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT on December 5, 2016, or as soon thereafter as the matter may be heard, in Courtroom 11 of the above-entitled Court located at 312 N. Spring Street, Los Angeles, CA. 90012, Proposed Intervenors, Tiffany Raines, Sandi Turnipseed and Terri Oravillo, will move this Court for an Order, pursuant to Federal Rule of Civil Procedure 24(b), to intervene in this action for the limited purpose of filing a Motion to Dismiss or, in the Alternative, to Stay or Transfer this Action Pursuant to the First-to-File Rule.

    This Notice of Motion is made following the conference of counsel pursuant to Local Rule 7-3, which took place on September 23, 2016.

| | |
|---|---|
| Dated: October 12, 2016 | **TYCKO & ZAVAREEI LLP** |
| | /s/ *Kristen L. Sagafi* |
| | Kristen L. Sagafi (Cal. Bar No. 222249) |
| | 483 Ninth Street, Suite 200 |
| | Oakland, CA 94607 |
| | Telephone: (510) 254-6810 |
| | Facsimile: (510) 210-0571 |
| | ksagafi@tzlegal.com |
| | |
| | Jonathan K. Tycko (NY Bar No. 2568483) |
| | Andrea Gold (DC Bar No. 502607) |
| | 1828 L Street NW, Suite 1000 |
| | Washington, D.C. 20036 |
| | Telephone: (202) 973-0900 |
| | Facsimile: (202) 973-0950 |
| | jtycko@tzlegal.com |
| | agold@tzlegal.com |
| | |
| | and |
| | |
| | **MORGAN & MORGAN** |
| | **COMPLEX LITIGATION GROUP** |
| | Jonathan B. Cohen (Fla. Bar No. 0027620) |
| | Rachel Soffin (Fla. Bar No. 018054) |
| | 201 N. Franklin St., 7th Floor |
| | Tampa, FL 33602 |
| | Telephone: (813) 223-5505 |
| | Facsimile: (813) 222-2434 |
| | jcohen@forthepeople.com |
| | rsoffin@forthepeople.com |
| | |
| | and |
| | |
| | **BARBAT, MANSOUR & SUCIU PLLC** |
| | Nick Suciu III |
| | 1644 Bracken Rd. |
| | Bloomfield Hills, Michigan 48302 |
| | Telephone: (313) 303-3472 |
| | nicksuciu@bmslawyers.com |

3

NOTICE OF MOTION TO INTERVENE AND TO DISMISS OR, IN THE ALTERNATIVE, TO STAY OR TRANSFER THIS ACTION PURSUANT TO THE FIRST-TO-FILE RULE AND INCORPORATED MEMORANDUM OF LAW

*Attorneys for Plaintiffs and the putative Class in Jacobs, et al. v. L'Oreal USA, Inc., et al., Case No. 1:16-cv-06593 (S.D.N.Y. 2016)*

NOTICE OF MOTION TO INTERVENE AND TO DISMISS OR, IN THE ALTERNATIVE, TO STAY OR TRANSFER THIS ACTION PURSUANT TO THE FIRST-TO-FILE RULE AND INCORPORATED MEMORANDUM OF LAW

# CERTIFCATE OF SERVICE

I HEREBY CERTIFY that, on October 12, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing **NOTICE OF MOTION TO INTERVENE AND TO DISMISS OR, IN THE ALTERNATIVE, TO STAY OR TRANSFER THIS ACTION PURSUANT TO THE FIRST-TO-FILE RULE AND INCORPORATED MEMORANDUM OF LAW** is being served this day on all counsel of record identified on the attached Service List, via transmission of Notice of Electronic Filing generated by CM/ECF. In addition, I certify that the foregoing document is being served this day by mail on counsel for Defendants in the *Jacobs* action, who anticipate entering an appearance on behalf of Defendants in the *Manier* action, and who are also included on the attached Service List.

/s/ *Kristen L. Sagafi*
Kristen L. Sagafi (Cal. Bar No. 222249)

**SERVICE LIST**

1

2  Benjamin Jared Meiselas
   Geragos and Geragos APC
3  Historic Engine Co No 28
   644 South Figueroa Street
4  Los Angeles, CA 90017-3411
5  213-625-3900
   Fax: 213-232-3255
6  Email: meiselas@geragos.com

7

8  Mark John Geragos
   Geragos and Geragos APC
9  Historic Engine Company No. 28
10 644 South Figeuroa Street
   Los Angeles, CA 90017-3411
11 213-625-3900
   Fax: 213-232-3255
12 Email: mark@geragos.com

13

14 Andrea Clisura
   Levi and Korsinsky LLP
15 30 Broad Street 24th Floor
16 New York, NY 10004
   212-363-7500
17 Fax: 212-363-7171
18 Email: aclisura@zlk.com

19
   Courtney E Maccarone
20 Levi and Korsinsky LLP
   30 Broad Street 24th Floor
21 New York, NY 10004
22 212-363-7500
   Fax: 866-367-6510
23 Email: cmaccarone@zlk.com

24
   Lori G Feldman
25 Levi and Korsinsky LLP
26 30 Broad Street 24th Floor
   New York, NY 10004
27 212-363-7500

28

Fax: 212-363-7171
Email: lfeldman@zlk.com

*Attorneys for Plaintiffs in the Manier Action*

Scott Lawrence Haworth
Haworth, Coleman & Gerstman, LLC
45 Broadway 21st, Floor
New York, NY 10006
(212)-952-1100
Fax: (212)-952-1110
Email: scott.haworth@hcandglaw.com

Nora Coleman
Haworth Coleman & Gerstman, LCC
45 Broadway, 21st Floor
New York, NY 10006
(212) 952-1102
Fax: (212) 952-1110
Email: nora.coleman@hcandglaw.com

Ilene R Goodman
Haworth Coleman & Gerstman, LCC
45 Broadway, 21st Floor
New York, NY 10006
(212)-952-1100
Fax: (212)-952-1110
Email: ilgoodman38@gmail.com

*Attorneys for Defendants in the Jacobs Action*